STATE OF MICHIGAN ) I, ANNE B. NORLANDER, Clerk of the
) ss. County of Calhoun, do hereby CERTIFY
COUNTY OF CALHOUN ) that the foregoing is a true and correct
copy of a document on file in said County.
Signed and sealed at Marshall, Michigan

this 5 day of November, 2013

Anne B. Norlander
ANNE B. NORLANDER, COUNTY CLERK

By: [signature]
Deputy Clerk

CORRECTED

LF
CF 1137

**STATE OF MICHIGAN**
**DEPARTMENT OF COMMUNITY HEALTH**
**CERTIFICATE OF DEATH**

STATE FILE NUMBER
230137

| 1. DECEDENTS NAME (First, Middle, Last) | 2. DATE OF BIRTH | 3. SEX Female | 4. DATE OF DEATH October 29, 2013 |
|---|---|---|---|

Sally Ann Dowding

| 5. NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS | 6a. AGE - Last Birthday (Years) | 6b. UNDER 1 YEAR MONTHS DAYS | 6c. UNDER 1 DAY HOURS MINUTES |
|---|---|---|---|

Sally Ann Barrea

| 7a. LOCATION OF DEATH 21557 26 Mile Road , 49076 | 7b. CITY, VILLAGE OR TOWNSHIP OF DEATH Clarence Twp | 7c. COUNTY OF DEATH Calhoun |
|---|---|---|

| 8a. CURRENT RESIDENCE - STATE Michigan | 8b. COUNTY Calhoun | 8c. LOCALITY Clarence Twp | 8d. STREET AND NUMBER 21557 26 Mile Road |
|---|---|---|---|

| 8e. ZIP CODE 49076 | 9. BIRTH PLACE Toledo, Ohio | 10. SOCIAL SECURITY NUMBER 4814 | 11. DECEDENTS EDUCATION Some college credit but no degree | 13b. HISPANIC ORIGIN No | 14. EVER IN THE U.S. ARMED FORCES? No |
|---|---|---|---|---|---|

| 12. RACE White | 13a. ANCESTRY German |
|---|---|

| 15. USUAL OCCUPATION Case worker | 16. KIND OF BUSINESS OR INDUSTRY Government | 17. MARITAL STATUS Married | 18. NAME OF SURVIVING SPOUSE Clifton James Dowding Jr. |
|---|---|---|---|

| 19. FATHER'S NAME (First, Middle, Last) LeRoy Casper Barrea | 20. MOTHER'S NAME BEFORE FIRST MARRIED (First, Middle, Last) Sally Rachel Sherman |
|---|---|

| 21a. INFORMANTS NAME Clifton James Dowding Jr. | 21b. RELATIONSHIP TO DECEDENT Husband | 21c. MAILING ADDRESS 21557 26 Mile Road, Olivet Michigan 49076 |
|---|---|---|

| 22. METHOD OF DISPOSITION Cremation | 23a. PLACE OF DISPOSITION Jackson Crematory Service | 23b. LOCATION - City or Village, State Jackson, Michigan |
|---|---|---|

| 24. SIGNATURE OF MORTUARY SCIENCE LICENSEE Mike E. Mills | 25. LICENSE NUMBER 4501006960 | 26. NAME AND ADDRESS OF FUNERAL FACILITY Shelly-Odell Funeral Home, 518 S. Main, Eaton Rapids, Michigan 48827 |
|---|---|---|

27a. CERTIFIER
☒ Certifying Physician - To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☐ Medical Examiner - On the basis of examination, and/or investigation, in my opinion death occurred at the time, date, and place, and due to the cause(s) and manner stated.

Anthony E. Marl D.O., Dr.
Signature and Title

| 28a. ACTUAL OR PRESUMED TIME OF DEATH 09:36 AM | 28b. PRONOUNCED DEAD ON October 29, 2013 | 28c. TIME PRONOUNCED DEAD 09:36 AM |
|---|---|---|

| 29. MEDICAL EXAMINER CONTACTED Yes | 30. PLACE OF DEATH Home | 31. IF HOSPITAL |
|---|---|---|

| 27b. DATE SIGNED November 01, 2013 | 27c. LICENSE NUMBER 5101015680 | 32. MEDICAL EXAMINER'S CASE NUMBER 300-13 | 33. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER |
|---|---|---|---|

34. NAME AND ADDRESS OF CERTIFYING PHYSICIAN
Anthony E. Marl D.O., Dr., 123 Lansing Street, Charlotte, Michigan 48813

| 35a. REGISTRAR'S SIGNATURE Anne B. Norlander | 35b. DATE FILED November 01, 2013 |
|---|---|

| 36. PART I. ENTER the chain of events—diseases, injuries or complications—that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest or ventricular fibrillation without showing the etiology. Enter only one cause on a line. | | Approximate Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) a. diabetes | DUE TO (OR AS A CONSEQUENCE OF) | years |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST b. atherosclerosis | DUE TO (OR AS A CONSEQUENCE OF) | years |
| c. | DUE TO (OR AS A CONSEQUENCE OF) | |
| d. | | |

PART II. OTHER SIGNIFICANT CONDITIONS contributing to death but not resulting in the underlying cause given in Part I

| 37. DID TOBACCO USE CONTRIBUTE TO DEATH? ☐ Yes ☐ Probably ☒ No ☐ Unknown | 38. IF FEMALE ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Unknown if pregnant within the past year ☐ Not pregnant, but pregnant 43 days to 1 year before death |
|---|---|

| 39. MANNER OF DEATH Natural | 40a. WAS AN AUTOPSY PERFORMED? No | 40b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? |
|---|---|---|

| 41a. DATE OF INJURY | 41b. TIME OF INJURY | 41c. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|

| 41d. INJURY AT WORK | 41e. PLACE OF INJURY | 41f. IF TRANSPORTATION INJURY | 41g. LOCATION |
|---|---|---|---|

SP00405467

VOID WITHOUT WATERMARK COPY IF ALTERED OR ERASED